IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| ALPHA PROTECTIVE SERVICES, INC., | : | Case No. 12-70482 |
| Debtor. | : | Chapter 7 |

| | | |
|---|---|---|
| JAMES LEE HARRISON; | : | |
| HARRISON MANAGEMENT AND | : | |
| CONSULTING GROUP, LLC; and GARY | : | |
| HARRISON, as an alter-ego of Harrison | : | |
| Management Group, LLC, or as Immediate | : | |
| Transferee under Harrison Management | : | Case No. 7:15-cv-00097-HL |
| Group, LLC, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| NEIL C. GORDON, as Trustee in Bankruptcy | : | |
| for Alpha Protective Services, Inc., | : | |
| | : | |
| Appellee. | : | |

**MOTION TO DISMISS APPEAL**

COMES NOW Neil C. Gordon, through counsel, and moves to dismiss the appeal filed by James Lee Harrison, Harrison Management and Consulting Group, LLC, and Gary Harrison as interlocutory and without District Court leave to file an interlocutory appeal. A Memorandum in Support of Motion to Dismiss Appeal is filed herewith and incorporated by reference.

SO MOVED.

*/s/ Fife M. Whiteside*
Fife M. Whiteside
Ga. State Bar No. 756025
P. O. Box 5383
Columbus, GA 31906
(706) 320-1215
whitesidef@mindspring.com